| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required b the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Rep rting (Last name, First name, Middle initial)<br><br>DOTY, DAVID S | 2. Court or Organization<br><br>District Court | 3. Date of Report<br><br>03/15/2005 |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>SENIO JUDGE, U.S. DISTRICT CO | 5. ReportType (check appropriate type)<br><br>○ Nomination Date<br><br>● Initial  ◉ Annual  ○ Final | 6. Reporting Period<br><br>01 1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>300 South Fourth Street<br><br>Minneapolis, MN 55415 | 8. On the basis of the information contained in this Report and any<br>m dificati ns pertaini g thereto, it is, in my opinion. in compliance<br>with applicable laws and regulati ns.<br><br>Review ng Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of fili g instructions)

☑ NONE . (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |

RECEIVED

2005 MAR 21 A 10: 51

FINANCIAL
DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting i dividual nly; see pp. 14-16 of filing instructions)

☑ NONE - (No epo table agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V.  GIFTS.  (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE   - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Minneapolis Club | Est. Dues. Honorary Membership | $4,080 |

## VI.  LIABILITIES.  (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | DOTY, DAVID S | 03/10/200 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Money Market-Dreyfus | A | Dividend | K | T | | | | | |
| 2. Pooled Invest. Compass Invest. | A | Div/Cap gain | O | T | | | | | |
| 3. Lang-Nelson Broadway Lanel-Real Est. Ltd. Ptnshp Henn, MN | B | Rent | M | W | | | | | |
| 4. Lang-Nelson Cedarbrook-Real Est. Ltd. Partnership, Henn., MN | D | Rent | M | W | | | | | |
| 5. IRA Robert W. Baird & Co. | B | Int/Div | N | T | | | | | |
| 6. -Money Market-Dreyfus | | | | | | | | | |
| 7. -AMGEN, Inc. - c/s | | | | | | | | | |
| 8. -Templeton Foreign Fund | | | | | | | | | |
| 9. -Fundamental Inves. Fund | | | | | Partial sale | 11/16 | L | D | |
| 10. -Growth Fund Amer., Inc. | | | | | | | | | |
| 11. -Kopp Emerging Growth Fund | | | | | | | | | |
| 12. DOCPLANET.Com, Inc | A | Dividend | J | T | | | | | |
| 13. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 14. AT&T - c/s | A | Dividend | J | T | | | | | |
| 15. Lucent Tech., Inc. - c/s | A | Dividend | J | T | | | | | |
| 16. Kopp Emerging Growth Fund | A | Dividend | K | T | | | | | |
| 17. Medtrontic, Inc. c/s | A | Dividend | J | T | | | | | |
| 18. Ford Motor Co. c/s | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DOTY, DAVID S | 03/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | AT&T Wireless Sv., Inc. c/s | A | Dividend | | | Redemption | 10/27 | J | A | |
| 20. | Medtox Sci., c/s | A | Dividend | J | T | | | | | |
| 21. | AGERE Sys., A, c/s | A | Dividend | J | T | | | | | |
| 22. | AGERE Sys., B, c/s | A | Dividend | J | T | | | | | |
| 23. | Comcast Corp., A, c/s | A | Dividend | J | T | | | | | |
| 24. | Duke Energy, c/s | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sig

Date 3/15/03

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544